EASTERN DIST.
*March,* 1840.

M‘MASTERS *vs.* KENNER——(*TWO CASES.*)

M‘MASTERS
*vs.*
. KENNER.

APPEALS FROM THE COMMERCIAL COURT OF NEW-ORLEANS.

Appeals both for delay and judgment, affirmed with ten per cent. damages.

. This is a suit against the second endorser of a promissory note. The plaintiff proved the defendant's acknowledgment of his indebtedness, and had judgment, from which the latter appealed.

*Grivot,* for plaintiff, prayed the affirmance of the judgment, with ten per cent. damages and costs.

*M‘Carty,* contra.

*Morphy, J.,* delivered the opinion of the court.

Defendant being sued as endorser of a promissory note, suffered judgment by default to go against him this judgment was confirmed by evidence, satisfactory to the judge below. There has been, in this court, no assignment of errors. The appeal is evidently for delay, and therefore, a proper one on which to allow appellee the damages he prays for.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court, be affirmed, with costs and ten per cent. damages.

In the second case, the defendant is sued as the endorser of a draft, which was protested, and due notice given to the endorsers. There was no defence, and judgment went by default, from which the defendant appealed.

*Grivot,* for the plaintiff, asked for the confirmation of the judgment, with the maximum of damages.

*Bullard, J.,* delivered the opinion of the court.

This is an appeal from a judgment, rendered against the endorser of a bill of exchange, upon full evidence. It was evidently taken for delay.

The judgment of the Commercial Court, is therefore, affirmed, with costs and ten per cent. damages.